**Tim and Melissa LANCASTER, Appellants,**

v.

**CARSON & COIL, P.C., Respondent.**

**No. WD 69459.**

Missouri Court of Appeals, Western District.

June 30, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 2009.

Application for Transfer Denied Oct. 6, 2009.

David A. Roither, for Appellant.

Susan F. Robertson, for Respondent.

Before DIV III: JAMES M. SMART, Presiding Judge, JOSEPH M. ELLIS, Judge and JAMES E. WELSH, Judge.

---

## ORDER

PER CURIAM:

Tim and Melissa Lancaster appeal from a judgment entered in the Circuit Court of Boone County dismissing their petition for damages against Respondents Carson & Coil, P.C. and Ronald McMillin. The circuit court found that the legal malpractice claims asserted by the Lancasters were barred by the applicable statute of limitations. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. A formal written opinion would have no precedential value; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).